**Order entered November 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-01245-CV

### IN RE ADENIYO OLAOLUWA, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09127**

### ORDER
Before Justices Myers, Nowell, and Goldstein

Before the Court are relator's November 21, 2022 petition for writ of mandamus and motion to stay the trial court proceedings. In the motion to stay, relator asks this Court to stay the trial court's November 1, 2022 order to appear pending resolution of his petition for writ of mandamus. We **GRANT** relator's motion and **STAY** the trial court's November 1, 2022 order to appear pending resolution of this original proceeding.

We request real party in interest and respondent to file a response, if any, to the petition for writ of mandamus by **December 21, 2022**.

/s/     LANA MYERS
         JUSTICE